FORM 8A. Entry of Appearance                                                           Form 8A (p.1)
                                                                                        July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 22-2241

**Short Case Caption:** Pro-Team Coil Nail Enterprise Inc. v. US

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Unicatch Industrial Co., Ltd., TC International, Inc., Hor Liang Industrial Corp., and Romp Coil Nails Industries Inc.

**Principal Counsel:** Ned H. Marshak       **Admission Date:** 10/01/1982

**Firm/Agency/Org.:** Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP

**Address:** 599 Lexington Avenue FL 36, New York, NY 10022

**Phone:** (212) 557-4000       **Email:** nmarshak@gdlsk.com

**Other Counsel:** Max F. Schutzman       **Admission Date:** 10/01/1982

**Firm/Agency/Org.:** Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP

**Address:** 599 Lexington Avenue FL 36, New York, NY 10022

**Phone:** (212) 557-4000       **Email:** mschutzman@gdlsk.com

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

**Date:** 7/14/23       **Signature:** /s/ Ned H. Marshak

                        **Name:** Ned H. Marshak

FORM 8A. Entry of Appearance  Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Andrew T. Schutz | Admission Date: 04/24/2007 |
| Firm/Agency/Org.: Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP ||
| Address: 1201 New York Ave NW # 650, Washington, DC 20005 ||
| Phone: (202) 783-6881 | Email: aschutz@gdlsk.com |
| **Other Counsel:** Dharmendra N. Choudhary | Admission Date: 05/13/2015 |
| Firm/Agency/Org.: Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP ||
| Address: 1201 New York Ave NW # 650, Washington, DC 20005 ||
| Phone: (202) 783-6881 | Email: dchoudhary@gdlsk.com |
| **Other Counsel:** Kavita Mohan | Admission Date: 09/19/2012 |
| Firm/Agency/Org.: Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP ||
| Address: 1201 New York Ave NW # 650, Washington, DC 20005 ||
| Phone: (202) 783-6881 | Email: kmohan@gdlsk.com |
| **Other Counsel:** Eve Q. Wang | Admission Date: 1/17/2023 |
| Firm/Agency/Org.: Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP ||
| Address: 1201 New York Ave NW # 650, Washington, DC 20005 ||
| Phone: (202) 783-6881 | Email: eqwang@gdlsk.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |