# United States Court of Appeals for the Federal Circuit

---

**PRO-TEAM COIL NAIL ENTERPRISE INC., PT ENTERPRISE INC., PRIMESOURCE BUILDING PRODUCTS, INC., S.T.O. INDUSTRIES, INC.,**
*Plaintiffs*

**UNICATCH INDUSTRIAL CO., LTD., TC INTERNATIONAL, INC., HOR LIANG INDUSTRIAL CORPORATION, ROMP COIL NAILS INDUSTRIES INC.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, MID CONTINENT STEEL & WIRE, INC.,**
*Defendants-Appellees*

---

2022-2241

---

Appeal from the United States Court of International Trade in Nos. 1:18-cv-00027-MAB, 1:18-cv-00028-MAB, 1:18-cv-00029-MAB, 1:18-cv-00030-MAB, Chief Judge Mark A. Barnett.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 15, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



October 7, 2024
Date

Jarrett B. Perlow
Clerk of Court